IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICK DANIEL SHUMAKER AND
PATRICK LEONEL SHUMAKER                                                      PLAINTIFFS

v.                                                      CIVIL ACTION NO. 1:23-CV-4-SA-DAS

YAHYA ALARSI, MUTEE NAGI,
AND O-KAY FOOD, INC.                                                      DEFENDANTS

ORDER GRANTING MOTION TO COMPEL

The plaintiffs have filed a motion to compel the defendants to participate in discovery.

Doc. 114. The plaintiffs state they propounded requests for production of documents and

interrogatories to the defendants and more than 30 days have elapsed and no responses have been

received. This court's Local Uniform Civil Rules allow fourteen days after a motion is filed for

the respondent to file a response. L.U.Civ.R. 5(b)(4). Local Uniform Civil Rule 7(b)(3)(E) states

"if a party fails to respond to any motion, other than a dispositive motion, within the time

allotted, the court may grant the motion as unopposed." As of the date of this order, the

plaintiffs' motion to compel is unopposed. *See* Docket. Therefore, the defendants are ordered to

respond to the plaintiffs' requests for production of documents and interrogatories no later than

May 8, 2025.

SO ORDERED, this the 1st day of May, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE