IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICK DANIEL SHUMAKER AND
PATRICK LEONEL SHUMAKER                                                                                  PLAINTIFFS

v.                                                                                  CIVIL ACTION NO. 1:23-CV-4-SA-DAS

YAHYA ALARSI, MUTEE NAGI,

ORDER DENYING MOTION TO STAY

On August 22, 2025, the plaintiffs filed a motion to stay all proceedings in this case for eight months "to find Counsel in this matter to address the new evidence in this lawsuit." Doc. 151. The motion provides no further explanation but alleges the plaintiffs will "suffer irreparable harm" if the case is not stayed. Defendants oppose the motion on the basis that such a delay would prejudice their ability to defend against the plaintiffs' claims with respect to witnesses' memories and the availability of evidence and result in additional expense to the defendants. Doc. 152. Notably, the defendants highlight that the plaintiffs "have articulated no legally recognized justification for this delay." In their reply brief, the plaintiffs cite medical reasons, particularly Patrick L. Shumaker's diagnosis of hypertension, as the basis for the requested stay of proceedings to retain legal counsel. Doc. 154.

While this court is certainly sympathetic to the plaintiffs' health concerns, it is not inclined to stay this matter as it has been active on the court's docket since January 2023 and is currently set for trial in January 2026. The requested stay would require a trial continuance which has not been sought at this time. Accordingly, the motion to stay is DENIED.

SO ORDERED, this the 16th day of September, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE