IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICK DANIEL SHUMAKER AND
PATRICK LEONEL SHUMAKER                                                                 PLAINTIFFS

v.                                                                          CIVIL ACTION NO. 1:23-CV-4-SA-DAS

YAHYA ALARSI, MUTEE NAGI,

ORDER

On August 13, 2025, attorney Joseph H. Van Every filed a motion to withdraw as counsel of record for the defendants in this case. Doc. 147. This court granted the motion on August 20, 2025, citing Mr. Van Every's representation that the defendants would continue to be represented by other counsel of record in this action. Doc. 149. On August 26, 2025, the court received the plaintiffs' objection to Mr. Van Every's motion to withdraw. Doc. 153. Having reviewed the response in opposition, the court finds no basis to withdraw its Order permitting Mr. Van Every to withdraw as counsel of record. Because the defendants continue to be represented by competent counsel in this action, there is no basis to conclude the plaintiffs are prejudiced by Mr. Van Every's withdrawal.

SO ORDERED, this the 16th day of September, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE