IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICK DANIEL SHUMAKER AND
PATRICK LEONEL SHUMAKER                                                                          PLAINTIFFS

v.                                                                      CIVIL ACTION NO. 1:23-CV-4-SA-DAS

YAHYA ALARSI, MUTEE NAGI,

ORDER DENYING MOTION FOR SANCTIONS

The defendants have filed a motion asking the court to sanction the plaintiffs for publishing a paid advertisement in a newspaper called *The Packet* which reflects the case style of the instant action and states:

> If you or one of your loved ones were victims, by unknowingly purchasing illegal THC product, from the Defendants Okay Food, Inc., Ready Mart, Yahya Alasri or Mutee Nagi; there could be compensation due. Victims harmed by this alleged Continuing Criminal Enterprise (21 USC 848) due to continued sale of illegal THC products may be entitled to compensation.

The defendants argue the advertisement is designed to mislead the public by suggesting the defendants are subject to proceedings before this court for selling "illegal THC" and suggesting possible compensation for third parties. The defendants ask the court to dismiss this action, impose a $10,000 sanction and award attorney's fees. The plaintiffs' response to the motion for sanctions denies any wrongdoing.

The court has reviewed the purported legal document alleged to have been published in *The Packet* and notes the publication clearly states "PAID ADVERTISEMENT" at the bottom of the page. On the information before the court, the court finds no basis to dismiss this action and impose sanctions. If defense counsel believes this matter should be pursued by the United States

Attorney's office or elsewhere (as requested in the motion), the instant action is not the proper venue for such relief. The motion for sanctions is DENIED.

    SO ORDERED, this the 18th day of September, 2025.

                                                /s/ David A. Sanders  
                                                UNITED STATES MAGISTRATE JUDGE