IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICK DANIEL SHUMAKER AND
PATRICK LEONEL SHUMAKER                                                                 PLAINTIFFS

v.                                                              CIVIL ACTION NO. 1:23-CV-4-SA-DAS

YAHYA ALARSI, MUTEE NAGI,

ORDER REGARDING PLAINTIFFS' DEPOSITIONS

On September 23, 2025, the court ordered the parties to conduct the plaintiffs' depositions at the Thomas G. Abernethy Federal Building in Aberdeen, Mississippi, and notify the court no later than October 3, 2025, of the agreed upon date and time for said depositions. Doc. 164. The court received a flurry of emails from the plaintiffs and defense counsel on October 1, 3, and 5, 2025; however, none complied with the court's order directing the parties to provide the agreed upon date and time for the plaintiffs' depositions. The court's September 23, 2025 Order states "[i]f the parties fail to notify the court of an agreement by October 3, 2025, the court will order all parties to be present on a randomly selected date prior to the expiration of the discovery deadline on October 20, 2025."

**Accordingly, the plaintiffs are ordered to appear for their depositions at the Thomas G. Abernethy Federal Building located at 301 West Commerce Street in Aberdeen, Mississippi, on Tuesday, October 14, 2025, at 9:30 a.m.**

SO ORDERED, this the 6th day of October, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE